**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Stella Mae Richardson, Appellant,

v.

Yuasa Exide, Inc., Employer, and Great American Insurance Company of NY, Carrier, Defendants,

Of which Yuasa Exide, Inc., Employer, is the Respondent.

Appellate Case No. 2017-001804

———————————

Appeal From the Workers' Compensation Commission

———————————

Unpublished Opinion No. 2019-UP-407
Submitted November 1, 2019 – Filed December 31, 2019

———————————

**DISMISSED**

———————————

Stella Mae Richardson, of Dalzell, pro se.

Robert Pruitt Gruber, Stephen Lynwood Brown, and Catherine Holland Chase, all of Young Clement Rivers of Charleston, for Respondent.

———————————

**PER CURIAM:** Stella Mae Richardson appeals the decision of the Workers' Compensation Commission (the Commission) denying her petition to reopen her case.

Appeals from the Commission for injuries occurring prior to July 1, 2007 are proper before the court of common pleas of the county in which the injury occurred. S.C. Code Ann. § 42-17-60 (Supp. 2006); *see also Pee Dee Reg. Transp. v. S.C. Second Injury Fund*, 375 S.C. 60, 62, 650 S.E.2d 464, 465 (2007) (holding the amended appellate procedure of Section 42-17-60 of the South Carolina Code (2007), requiring appeals from the Commission be made to the South Carolina Court of Appeals, applies to injuries sustained on or after the effective date of the amended statute, July 1, 2007). Here, Richardson alleged injuries based on her excessive exposure to lead while working at Respondent's plant in Sumter. The record indicates Richardson did not return to Respondent's plant after November 10, 1997. Because the alleged injury occurred prior to July 1, 2007, Richardson's appeal should have been filed in the court of common pleas. *See* S.C. Code Ann. § 42-17-60 (Supp. 2006). Because this court lacks appellate jurisdiction, this appeal is dismissed.

**APPEAL DISMISSED.**[1]

**SHORT, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.